UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

GARRETT MJ TALIF SOREZO,

        Plaintiff,                       Case No. 1:24-cv-1256

v.                                      Honorable Ray Kent

HEIDI E. WASHINGTON et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

    In accordance with the opinion entered this day:

    **IT IS ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

Dated:  December 23, 2024                /s/ Ray Kent
                                                     Ray Kent
                                                     United States Magistrate Judge