UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

GARRETT MJ TALIF SOREZO,

    Plaintiff,

Case No. 1:24-cv-1256

v.

Honorable Ray Kent

HEIDI E. WASHINGTON et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated:  December 23, 2024      /s/ Ray Kent
                                                                       Ray Kent
                                                                       United States Magistrate Judge